IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JAMES DOYLE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No: 3:23-cv-00021-RSB |
| : | |
| METROPOLITAN LIFE INSURANCE : | |
| COMPANY. : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER**

UPON CONSIDERATION of the parties' Joint Stipulation of Dismissal Without Prejudice and the record herein, it is, this 7th day of August 2023;

ORDERED, that all claims in this action are DISMISSED WITHOUT PREJUDICE; and

ORDERED, that this case is hereby CLOSED.

SO ORDERED.

Dated: August 7, 2023

*Robert S. Ballou*
Judge, United States District Court